UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:20-CR-44 |
| | ) | |
| v. | ) | (Chief Judge Jones) |
| | ) | |
| CRAIG KILLMEYER, | ) | |
| Defendant. | ) | (Electronically Filed) |

## BILL OF PARTICULARS

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegations set forth in the Information filed in the above-styled criminal case:

1. A Samsung Moto phone, S/N ZY2245C8DK, seized from the defendant on December 10, 2018.

Respectfully submitted,

BRUCE D. BRANDLER
ACTING UNITED STATES ATTORNEY

By: /s/ Sean A. Camoni
SEAN A. CAMONI
Assistant U.S. Attorney
235 N. Washington Avenue, Ste. 311
Scranton, PA 18503
Phone: 570-348-2800
Fax: 570-348-2037
sean.a.camoni@usdoj.gov

## CERTIFICATE OF SERVICE

Pursuant to Standing Order 03-1 and Local Rules 4.2 and 5.7, I hereby certify that the foregoing document was served through electronic case filing on February 10, 2021.

    Respectfully submitted,

    BRUCE D. BRANDLER
    ACTING UNITED STATES ATTORNEY

By:   */s/* Sean A. Camoni
    SEAN A. CAMONI
    Assistant U.S. Attorney
    235 N. Washington Avenue, Ste. 311
    Scranton, PA 18503
    Phone: 570-348-2800
    Fax: 570-348-2037
    sean.a.camoni@usdoj.gov